IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN INC.**,
a Michigan corporation,

    Plaintiff

v.

    Case No. 2:14-cv-11802-RHC-DRG
    Hon. Robert H. Cleland

**JAYFINN LLC**,
an Arizona limited liability company,

    **JURY TRIAL DEMANDED**

    Defendant

---

## ORDER PERMITTING ALTERNATE SERVICE ON DEFENDANT JAYFINN, LLC

The Court being fully advised in the premises:

IT IS HEREBY ORDERED that Choon's Design Inc. ("Choon's") may serve the Summons and Complaint on Defendant Jayfinn LLC ("Defendant" or "Jayfinn") via alternate means. Service will be deemed proper if served via leaving it at front door of Defendant's business address and via mailing via registered U.S. mail

IT IS SO ORDERED.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 28, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 28, 2014, by electronic and/or ordinary mail.

                                                _s/Lisa Wagner_
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522