IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN INC.**,
a Michigan corporation,

  Plaintiff

v.

  Case No. 2:14-cv-11802-RHC-DRG
  Hon. Robert H. Cleland

**JAYFINN LLC**,
an Arizona limited liability company,

  Defendant

---

## STIPULATED PERMANENT INJUNCTION ORDER

The parties to this matter having stipulated to the terms set forth below, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED THAT:

(A) Defendant Jayfinn LLC ("Jayfinn"), and all persons acting in concert with it, are permanently restrained and enjoined, directly or indirectly, from selling any looms which will infringe upon United States Patent Nos. 8,485,565 or 8,684,420, or U.S. Trademark Registration No. 4,345,796.

(B) Jayfinn represents and warrants that it is no longer in possession of any looms, or any other looms for use with elastic bands.

(C) This Order shall remain in effect as it relates to each of the patents until the date of expiration of each of the respective patents. This Order shall remain in effect as it relates to the trademark as long as the trademark exists.

IT IS SO ORDERED.

Date: October 7, 2014    s/Robert H. Cleland
              Honorable Robert H. Cleland

**Stipulated and Agreed to as to Form and Substance:**

| **CARLSON, GASKEY & OLDS, P.C.** | **The Keith Miller Law Group PLLC** |
|---|---|
| /s/ Timothy J. Murphy | /s/ Keith A. Miller |
| Theodore W. Olds, III (P42004) | Keith A. Miller |
| Brian S. Tobin (P67621) | The Keith Miller Law Group PLLC |
| Timothy J. Murphy (P77041) | 15725 W. Berkeley Rd. |
| Carlson Gaskey & Olds, P.C. | Goodyear, AZ 85395 |
| 400 W. Maple, Suite 350 | (480) 241-7306 |
| Birmingham, Michigan 48009 | keith@keithmillerpllc.com |
| Telephone: (248) 988-8360 | |
| Facsimile: (248) 988-8363 | W. David Conwill II (P72609) |
| Email:tmurphy@cgolaw.com | Smith, Martin, Powers & Knier, P.C. |
| | Local Counsel |
| *Counsel for Plaintiff Choon's Design Inc.* | P.O. Box 219 |
| | Bay City, MI 48707-0219 |
| | (989) 892-3924 |
| | dconwill@smpklaw.com |
| | |
| | *Counsel for Defendant Jayfinn LLC* |

Dated:  September 30, 2014